UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1370(DSD/JMM)

Sheila Valardi, et al.,

Plaintiffs,

v.

**ORDER OF REFERENCE**

Yellow Page Publishers, Inc.,

Defendant.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendant's motion to dismiss in this matter. Any such motion shall be noticed for hearing before Magistrate Judge John M. Mason.

Dated: July 31, 2000

David S. Doty, Judge
United States District Court

FILED 7-31-00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______