UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1370(DSD/JMM)

Sheila Valardi,
Kelly Reed, and
Susan Running-Finger,

Plaintiffs,

v. **ORDER**

Yellow Page Publishers Inc.,

Defendant.

John A. Fabian and Nichols, Kaster & Anderson, 4644 IDS Center, 80 South 8th Street, Minneapolis, MN 55402-0000, counsel for plaintiffs.

Marshall Howard Tanick and Mansfield, Tanick & Cohen, 1560 International Center, 900 2nd Avenue South, Minneapolis, MN 55402-3383, counsel for defendant.

The above matter came before the court on motion by defendant to amend order of November 3, 2000. Based upon all the files and records herein, **IT IS HEREBY ORDERED** that:

1. The order of November 3, 2000, is hereby amended by including the following language therein:

> The order involves a controlling question of law as to which there is substantial ground for difference of opinion and an immediate appeal from the order may materially advance the ultimate termination of the litigation, and the issue is ripe.

2. This order is to allow defendant to pursue an appeal to the Eighth Circuit Court of Appeals, pursuant to 28 U.S.C.

(26)

FILED DEC 12 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____
Deputy Clerk's Initials ____

§ 1292(b), applicable case law and Rule 5 of the Rules of Appellate Procedure.

Dated: December 12, 2000.

David S. Doty, Judge
United States District Court