UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHEILA VALARDI, KELLY REED,
and SUSAN RUNNING-FINGER,

CIVIL NO. 00-1370 (DSD/JMM)

Plaintiffs,

v.

ORDER

YELLOW PAGE PUBLISHERS, INC.,

Defendant.

The above matter came on for hearing before the undersigned on January 9, 2001 upon Defendant's Motion to Stay Pending Appeal. [Docket No. 27]. John A. Fabian, Esq. appeared on behalf of Plaintiffs; Phillip J. Trobaugh, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's Motion to Stay Pending Appeal [Docket No. 27] is granted in part. All deadlines set out in the Court's Pretrial Scheduling Order that have not already expired are stayed. The Motion is in all other respects denied.

This Order is entered without prejudice to the parties' rights to request discovery and to oppose discovery requests.

Dated: January 9, 2001

JOHN M. MASON
United States Magistrate Judge

FILED JAN 09 2001
... COSAL, CLERK