UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Sheila Valardi, Kelly Reed, Susan Running-Finger

Court File No. 00-CV-1370 (DSD/JMM)

Plaintiffs,

**STIPULATION FOR PROTECTIVE ORDER AND ORDER**

v.

YELLOW PAGE PUBLISHERS, INC., d/b/a Smart Pages, an Illinois corporation,

Defendant.

---

This Stipulation for Protective Order and Order shall govern the use of the Plaintiffs' medical records during the course of this action.

1. The Plaintiffs' medical records shall be used for no purpose other than prosecuting or defending any legal claims between the parties in this action (including any bifurcated trial and any appeals and retrial), and not in any other litigation or administrative or judicial proceeding.

2. The Plaintiffs' medical records may only be disclosed, displayed or revealed to the following persons:

   a. Counsel of record for Plaintiffs and Defendant and such counsel's partners, associates, co-counsel, legal assistants, secretaria and office staff;

FILED JAN 30 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

b. Witnesses in depositions or at trial;

c. Experts and employees of experts retained or expected to be retained by Plaintiffs or Defendant and/or counsel of record for Plaintiffs or Defendant;

d. Copy companies, court reporters and other individuals or entities engaged to provide litigation support services; and

e. The Court.

3. Prior to the disclosure of the Plaintiffs' medical records to any person identified in paragraphs 2 (b), 2(c) and 2(d), above, counsel shall inform that person of the terms of this Order, and shall attempt to secure that person's written consent to be bound by the Order by requiring execution of the attached Acknowledgement of Protective Order and Agreement to be Bound. Unless otherwise ordered by the court, any medical records presented to the court pursuant to paragraph 1(e) shall be filed under seal and used in camera only.

4. Persons to whom Plaintiffs' medical records are disclosed are hereby ordered not to disclose any such information to any individual or entity who would not otherwise have access to such information under the provisions of this Order.

5. The execution of this Stipulation and Order shall not:

a. Constitute a waiver on the part of Plaintiffs to move the Court for a protective order that Plaintiffs not be required to undergo adverse medical examinations and/or otherwise object to such adverse medical examinations;

b. Restrict the rights of the parties to conduct or engage in the process of discovery or object thereto, as permitted by law, except to the extent set forth herein; and

c. Constitute a waiver of the right of any party to object on any ground permitted by the Rules of Evidence or the Rules of Civil Procedure to the admissibility or use of any information or trial or in other proceedings.

6. The provisions of this Order shall not terminate at the conclusion of this case. The parties agree that the court shall have continuing jurisdiction over this case for purposes of construction and enforcement of this agreement. All of Plaintiffs' medical records shall be destroyed or returned to Plaintiffs' counsel within thirty (30) days following the final conclusion of this case.

7. Nothing in this Order shall prevent any party from seeking a modification of the Order, but all documents and information disclosed by any part shall be treated in accordance with this Order until counsel otherwise agree or the Court otherwise orders.

Dated: 1/29/01

NICHOLS KASTER & ANDERSON

By ______________________

John A. Fabian #13482X
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
612-338-1919

ATTORNEYS FOR PLAINTIFFS

MANSFIELD, TANICK & COHEN, P.A.

Marshall H. Tanick #108303
Phillip J. Trobaugh #22263X
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3383
(612) 339-4295

ATTORNEYS FOR DEFENDANT

**ORDER**

Based on the foregoing stipulation, **IT IS HEREBY ORDERED.**

Dated: 1/30/01

The Honorable John M. Mason
United States Magistrate Judge

**ACKNOWLEDGEMENT OF PROTECTIVE ORDER AND AGREEMENT TO BE BOUND**

I, ________________________________, acknowledge the terms of this Protective Order, and agree to abide by these terms.

Date: __________________ By ______________________________ __

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

## Clerks Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.