UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Sheila Valardi, Kelly Reed, Susan Running-Finger

Court File No. 00-CV-1370 (DSD/JMM)

Plaintiffs,

**STIPULATION AND ORDER**

v.

YELLOW PAGE PUBLISHERS, INC., d/b/a Smart Pages, an Illinois corporation,

Defendant.

---

This Stipulation shall govern Plaintiff Sheila Valardi's claimed damages for emotional distress in this case.

1. Plaintiff Sheila Valardi ("Valardi") has brought claims against Defendant YELLOW PAGE PUBLISHERS, INC., d/b/a Smart Pages ("Smart Pages") under Title VII and the Minnesota Human Rights Act for sex discrimination and reprisal discrimination. These claims are set forth in Counts I, II, III and IV of the complaint. Valardi, through her attorney, hereby agrees to waive any and all emotional distress damages relating to these claims. Furthermore, in the event the Court grants Valardi permission to amend her complaint to plead additional claims in this lawsuit, Valardi, through her attorney, hereby agrees to waive any and all emotional distress damages relating to such additional claims.

FEB 2 1 2001

Dated: 2/7/01

NICHOLS KASTER & ANDERSON

By ______________________
John A. Fabian #13482X
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
612-338-1919

ATTORNEYS FOR PLAINTIFF VALARDI

Dated: 2/15/01

MANSFIELD, TANCIK & COHEN, P.A.

By ______________________
Marshall H. Tanick, #108303
Phillip J. Trobaugh, #22263X
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3383
(612) 339-4295

ATTORNEYS FOR DEFENDANT YELLOW PAGE PUBLISHERS, INC., D/B/A SMART PAGES, AN ILLINOIS CORPORATION

**ORDER**

Based on the foregoing stipulation, **IT IS SO ORDERED.**

Dated: 2/20, 2001 ______________________
~~The Honorable John M. Mason~~ U.S.D.C.J.
~~United States Magistrate Judge~~