UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Sheila Valardi, Kelly Reed, Susan Running-Finger

Court File No. 00-CV-1370 (DSD/JMM)

Plaintiffs,

**STIPULATION AND ORDER**

v.

YELLOW PAGE PUBLISHERS, INC., d/b/a Smart Pages, an Illinois corporation,

Defendant.

---

This Stipulation is entered into by and between the Parties, through their respective counsel.

WHEREAS, this Court's Order of January 9, 2001, granted in part Defendant Yellow Page Publishers, Inc.s' ("Smart Pages") motion seeking a stay of all district court proceedings pending the resolution of Smart Pages' Petition for Permission to Appeal Judge Doty's November 3, 2000, Order denying Smart Pages' motion to dismiss;

WHEREAS, On January 9, 2001, the United States Court of Appeals for the Eighth Circuit denied Smart Pages' Petition for Permission to Appeal;

WHEREAS, Based on the Eighth Circuit's decision, the reason for the stay no longer exists.

THEREFORE, the parties hereby stipulate and agree that the Court's Order of January 9, 2001, should be vacated, thereby reinstating the deadlines originally established in the Court's

FEB 22 2001

Pretrial Scheduling Order of July 27, 2000, with the exception of the deadline for completing Rule 35 medical examinations, which the parties have agreed should be extended to March 31, 2001. The parties respectfully request the Court to order the same.

Dated: 2/21/01

NICHOLS KASTER & ANDERSON

By ______________________________
John A. Fabian #13482X
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
612-338-1919

ATTORNEYS FOR PLAINTIFF VALARDI

Dated: 2/21/01

MANSFIELD, TANCIK & COHEN, P.A.

By ______________________________
Marshall H. Tanick, #108303
Phillip J. Trobaugh, #22263X
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3383
(612) 339-4295

ATTORNEYS FOR DEFENDANT YELLOW PAGE PUBLISHERS, INC., D/B/A SMART PAGES, AN ILLINOIS CORPORATION

**ORDER**

Based on the foregoing stipulation, **IT IS SO ORDERED.**

Dated: February 22, 2001

The Honorable John M. Mason
United States Magistrate Judge