UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Sheila Valardi, Kelly Reed, and Susan Running Finger,

Plaintiffs,

v.

YELLOW PAGE PUBLISHERS, INC., d/b/a Smart Pages, an Illinois corporation,

Defendant.

Court File No. 00-CV-1370 (DSD/JMM)

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

The parties hereto hereby stipulate that the above-captioned action may be dismissed with prejudice and without award of costs or attorney's fees to any party.

Dated: October 30, 2001

**NICHOLS KASTER & ANDERSON**

By: ______________________

John A. Fabian III
80 South Eighth Street, #4644
Minneapolis, MN 55402-2242
(612) 338-1919

**ATTORNEYS FOR PLAINTIFFS**

FILED 10-31-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 10-31-01
DEPUTY CLERK ______

Dated: October 30, 2001

**MANSFIELD, TANICK & COHEN, P.A.**

By: Phillip J. Trobaugh

Marshall H. Tanick (108303)
Phillip J. Trobaugh (22263X)
900 Second Avenue South, #1560
Minneapolis, MN 55402-3383
(612) 339-4295

**ATTORNEYS FOR DEFENDANT**

**ORDER**

Pursuant to the Stipulation of the parties in the above-captioned action, this matter is hereby dismissed with prejudice and without award of costs or attorney's fees to either party.

**THE COURT**

Dated: Oct. 31, 2001

By: ______________________
The Honorable David S. Doty
Judge, U.S. District Court

260969.1

LET JUDGMENT BE ENTERED ACCORDINGLY.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500